IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCISCO PEREIRA, on behalf of :
himself and all others similarly :
situated, :
 :
        Plaintiffs, : CIVIL ACTION
 :
  v. :
 : No. 07-cv-2157
FOOT LOCKER, INC.; DOES 1 through :
10, inclusive, :
 :
        Defendants. :

ORDER

AND NOW, this 27th day of April, 2009, upon consideration of Movant Cortes plaintiffs' Motion to Intervene (Doc. No. 72), Defendant Foot Locker's Response in Opposition (Doc. No. 77), Plaintiffs' Response in Opposition (Doc. No. 78) and Movant's Reply thereto (Doc. No. 80), it is hereby ORDERED that the Motion to Intervene is GRANTED.

BY THE COURT:

J. CURTIS JOYNER, J.