# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCISCO PEREIRA, on behalf of himself and all others similarly situated, | : :  : : |
| Plaintiffs, | : CIVIL ACTION : |
| v. | : No. 07-cv-2157 : |
| FOOT LOCKER, INC.; DOES 1 through 10, inclusive, | : : : |
| Defendants. | : |

## ORDER

AND NOW, this 7th day of December, 2009, upon consideration of Movant <u>Cortes</u> plaintiffs' Motion to Intervene for All Purposes by Intervenor Plaintiffs (Doc. No. 120), and responses thereto (Doc. Nos. 123, 124), it is hereby ORDERED that the Motion to Intervene for All Purposes is GRANTED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.