# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCISCO PEREIRA, on behalf of himself and all others similarly situated, : : : : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | No. 07-cv-2157 |
| FOOT LOCKER, INC.; DOES 1 through 10, inclusive, : : : | |
| Defendants. : | |

## ORDER

AND NOW, this 25th day of January, 2010, upon consideration of the Plaintiff's Motion to Amend September 15, 2009 Order to Certify for Immediate Appeal Pursuant to 28 U.S.C. § 1292(b) (Doc. Nos. 109, 110) and Responses thereto (Doc. Nos. 119, 121, 122), and for the reasons set forth in the attached Memorandum, it is hereby ORDERED that Plaintiff's Motion to Amend September 15, 2009 Order to Certify for Immediate Appeal Pursuant to 28 U.S.C. § 1292(b) is DENIED.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.