```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: FOOT LOCKER, INC.      : CIVIL ACTION
FAIR LABOR STANDARDS ACT      :
(FLSA) AND WAGE AND           :
HOUR LITIGATION               : NO. 11-MDL-2235
                              : No. 07-cv-2157
                              :
                              :
```

## ORDER

AND NOW, this      16th      day of July, 2014, upon consideration of the Parties' Joint Status Report (Doc. No. 47) informing the Court that the parties are drafting a comprehensive settlement agreement and related settlement documents yet require additional time to finalize such documents, it is hereby ORDERED that the Parties shall file a Motion for Preliminary Approval of the Settlement on or before August 18, 2014.

In the event that the Parties are unable to move for approval on August 18th, the Parties are ORDERED to file a status report explaining the need for any additional time to move for preliminary approval.

```
                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER,      J.
```