IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FOOT LOCKER, INC.<br>FAIR LABOR STANDARDS ACT<br>(FLSA) AND WAGE AND<br>HOUR LITIGATION | : CIVIL ACTION<br>:<br>: No. 11-MDL-2235<br>:<br>: No. 07-cv-2157<br>:<br>: |

### ORDER

AND NOW, this 9th day of December, 2014, upon consideration of Plaintiff's Unopposed Motion for Leave to File (11-md-2235 Doc. No. 54; 07-cv-2157 Doc. No. 466), it is hereby ORDERED that the Motion is GRANTED. Plaintiff's First Amended Complaint attached to the Motion shall be filed by the Clerk of Court.

BY THE COURT:

_____
J. CURTIS JOYNER, J.